# United States Bankruptcy Court
## Eastern District of Washington

In re: Coriander Perez, Carlos D. Perez, Debtor(s)

Case No.
Chapter 13

## CHAPTER 7
## LIQUIDATION ANALYSIS

| | | |
|---|---|---|
| Total Value of Personal Property | $ 53,614.20 | (+) |
| Total Value of Real Property | $ 108,500.00 | (+) |
| Total Secured Claims against Personal Property (not to exceed value of property): | $ 13,170.85 | (-) |
| Total Secured Claims against Real Property (not to exceed value of property): | $ 84,096.00 | (-) |
| Total Personal Property Exemptions Claimed (equity only): | $ 40,443.35 | (-) |
| Total Real Property Exemptions Claimed (equity only): | $ 24,404.00 | (-) |

Net Value of Non-Exempt Property: $ 0.00

Date: January 30, 2018

Signature: /s/ Robert J. Reynolds
Robert J. Reynolds 5796
Attorney