LF 2083B (5/1/96)

# United States Bankruptcy Court
## Eastern District of Washington

In re: Coriander Perez, Carlos D. Perez, Debtor(s)

Case No. _____
Chapter 13

# PLAN FUNDING ANALYSIS

| | AMT. PAID BY TRUSTEE |
|---|---|
| ADMINISTRATIVE EXPENSES (Excluding Trustee Fees) | $ 3,000.00 |
| CONTINUING CLAIMS | $ 45,024.00 |
| SECURED CLAIMS | $ 15,273.14 |
| EXECUTORY CONTRACTS AND UNEXPIRED LEASES | $ 0.00 |
| ARREARAGES/DEFAULTS | $ 11,373.10 |
| PRIORITY CLAIMS | $ 0.00 |
| SEPARATE CLASSIFICATIONS OF UNSECURED CLAIMS | $ 0.00 |
| UNSECURED CLAIMS | $ 875.16 |
| POST-PETITION CLAIMS | $ 0.00 |
| OTHER PROVISIONS | $ 0.00 |
| _____ | $ _____ |
| **SUB-TOTAL** | **$ 75,545.40** |
| TOTAL OF PAYMENTS TO TRUSTEE INCLUDING FEES: (Divide Sub-total by .9) | $ 83,939.33 |