# United States Bankruptcy Court
## Eastern District of Washington

In re  Coriander Perez
        Carlos D. Perez                                           Case No. _____
                                    Debtor(s)                     Chapter  13

## DEBTOR'S PLAN PAYMENT DECLARATION

1. The first plan payment will be made on or before _____. (The date specified must be no later than 30 days after the date of the filing of the plan, or the order for relief, whichever is earlier.) All subsequent plan payments will be made on or before the same day of each subsequent month for the remaining term of the plan.

2. The debtor's employer/income source is as follows:

   a.  Debtor No. 1  **Coriander Perez**                    Debtor No. 2  **Carlos D. Perez**
       Employer I.D. or                                     Employer I.D. or
       Last Four Digits of S.S.N.  xxx-xx-7152              Last Four Digits of S.S.N.  xxx-xx-4406
       Employer/                                            Employer/
       Income Source  self employed                         Income Source  disabled
       Address _____                       Address _____

       Phone No. _____                       Phone No. _____

   b.  Debtor No. 1 is Paid:                                Debtor No. 2 is Paid:

       ☐ Weekly                                             ☐ Weekly
       ☐ Bi-weekly                                          ☐ Bi-weekly
       ☐ Semi-monthly                                       ☐ Semi-monthly
       ☑ Monthly                                            ☐ Monthly
       ☐ Other _____                                 ☐ Other _____

   c.  Deduct payments from wages or income source of:

       Debtor No. 1  _____ each month

       ☐ Evenly from each check
       ☐ All from one check. If so, pay period from which to deduct is _____
       ☐ Other _____

       Debtor No. 2  _____ each month

       ☐ Evenly from each check
       ☐ All from one check. If so, pay period from which to deduct is _____
       ☐ Other _____

3. Debtor acknowledges:

   a.  Immediately after filing, the trustee is authorized to present to the court an order, without notice, directing any entity from whom the debtor receives money, such as employers and governmental agencies, to pay all or part of such income to the Chapter 13 Trustee, except to the extent otherwise subject by law or setoff, recoupment or alternative disposition.

   b.  Payments made by the debtor directly to the trustee will only be permitted when specifically authorized by

an order of the court pursuant to LBR 2083-1(b).

If direct payments are authorized by the court, such payments will be made:

1. In the form of a *cashier's check* or *money order* only; (No **personal checks, cash,** or **electronic bank transfers (EBT)** will be accepted.)

2. Payable to Daniel H. Brunner, Trustee, and sent to P.O. Box 1003, Memphis, Tennessee 38101-1003; and

3. With the debtor's **first and last name** and **bankruptcy case number**, exactly as they appear on the bankruptcy petition, clearly printed on the check.

Dated: January 30, 2018

/s/ Robert J. Reynolds
Robert J. Reynolds 5796
Attorney for Debtor

/s/ Coriander Perez
Coriander Perez
Debtor

/s/ Carlos D. Perez
Carlos D. Perez
Debtor