Daniel H. Brunner
Chapter 13 Trustee
PO Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:  Perez, Coriander and
        Perez, Carlos D

                        Debtor(s)

Case No.: 18-00248-FLK13

OBJECTION TO CONFIRMATION

The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible. 11 U.S.C. 1325. No treatment has been provided in the Plan for Yakima County Treasurer, which filed a secured claim in the amount of $1,430.82, for Why Not Lease It, which filed a secured claim in the amount of $600.00 or for Washington Department of Revenue, which filed a priority claim in the amount of $693.69.

March 01, 2018                          Daniel H. Brunner,  Chapter 13 Trustee
                                        By: /S/ Daniel H. Brunner