ROBERT J. REYNOLDS
514 No. 1st Street, Suite A
Yakima, WA 98901
(509)453-0313

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

Perez, Coriander
Perez, Carlos D.

          Debtors.

No. 18-00248-FLK13

**CHAPTER 13 PROCEEDING**
**DEBTOR'S MODIFICATION OF**
**CHAPTER 13 PLAN**

Debtor modifies the plan previously filed in these proceedings in the following respects:

1. Part 3.2.2 is modified to provide that the arrearage claim of Ditech Financial LLC will be paid $14,278.34 on its claim for arrears. The monthly payment on this claim is increased to $238.15 per month beginning March, 2018.

2. Part 3.3 is modified to include the claim of Yakima County Treasurer which is for property taxes since they are being paid as part of the reserves in DiTech Financial, LLC loan payment.

3. Part 3.2.3 is modified to include the claim of Why Not Lease It in the amount of $600 at 6% with a monthly payment of $11.60.

4. Part 4.3 is modified to include the claim of Washington Department of Revenue in the amount of $693.69.

5. Beginning March, 2018 the monthly plan payment is increased to $2,085 per month and the plan base is increased to $124,993.

All other aspects of the plan remain unchanged. It is certified that the modified plan proposes to be completed within five years after the time that the first payment under the original Plan was due.

## CERTIFICATE

There were no changes to the plan or to the treatment of creditors by this modification which adversely affect creditors; therefore no service of this

DEBTORS MODIFICATION OF CH. 13
PLAN

Page 1

modification was made on creditors.

DATED: March 28, 2018

ROBERT J. REYNOLDS, P.S.

_Robert J. Reynolds_
Robert J. Reynolds, WSBA #5796
Attorneys for Debtor(s)

DEBTORS MODIFICATION OF CH. 13 PLAN