```
  1  Daniel H. Brunner
     Chapter 13 Trustee
  2  P.O. Box 1513
     Spokane, WA 99210-1513
  3  (509)747-8481
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re: ) Case No. 18-00248-FLK13
)
PEREZ, CORIANDER ) STIPULATED MODIFICATION OF
) CHAPTER 13 PLAN AND
) CERTIFICATE OF NO ADVERSE
PEREZ, CARLOS ) EFFECT
)
      Debtor. )

The undersigned hereby agree as follows:

All non-exempt proceeds resulting from Debtor's pending class action suit shall be committed to the funding of the plan. Determination as to whether exempt proceeds are disposable income which should be committed to the plan shall be determined by the court, or agreement of the parties, at a later date.

All other aspects of the plan remain unchanged.

Dated: 4/4/18                                          DANIEL H. BRUNNER
                                                       CHAPTER 13 TRUSTEE

See attached                                           /s/Mike Todd
Robert Reynolds, WSBA #5796                            Mike Todd, WSBA #26331
Attorney for Debtor(s)                                 Staff Attorney

<u>CERTIFICATE</u>

The debtor certifies that this stipulation has no adverse effect upon any creditors.

                                                          See attached
                                                          Robert Reynolds, WSBA#5796
                                                          Attorney for Debtors

STIPULATED MODIFICATION - 1

Daniel H. Brunner
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509)747-8481

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:

PEREZ, CORIANDER

PEREZ, CARLOS

    Debtor.

Case No. 18-00248-FLK13

STIPULATED MODIFICATION OF CHAPTER 13 PLAN AND CERTIFICATE OF NO ADVERSE EFFECT

The undersigned hereby agree as follows:

All non-exempt proceeds resulting from Debtor's pending class action suit shall be committed to the funding of the plan. Determination as to whether exempt proceeds are disposable income which should be committed to the plan shall be determined by the court, or agreement of the parties, at a later date.

All other aspects of the plan remain unchanged.

Dated:

_____
Robert Reynolds, WSBA #5796
Attorney for Debtor(s)

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE

_____
Mike Todd, WSBA #26331
Staff Attorney

CERTIFICATE

The debtor certifies that this stipulation has no adverse effect upon any creditors.

_____
Robert Reynolds, WSBA #5796
Attorney for Debtors

STIPULATED MODIFICATION - 1