MICHELE A. DE WITT (SBN 51154)
ALDRIDGE PITE, LLP
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for DITECH FINANCIAL LLC

# UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| In re<br><br>CARLOS D. PEREZ and CORIANDER PEREZ,<br><br>Debtors. | Case No. 18-00248-FLK13<br><br>Chapter 13<br><br>NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>CONFIRMATION HEARING:<br>DATE: April 10, 2018<br>TIME: 10:00 AM<br>CTRM: Telephonic |

TO: DEBTORS, ATTORNEY FOR DEBTORS, CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE OF HEREBY GIVEN that the Objection to Chapter 13 Plan filed by Ditech Financial LLC, on March 23, 2018, is hereby withdrawn based upon Debtors' amended Chapter 13 Plan which provides for its claim as secured in the sum of $14,278.34, payable at $238.15 per month beginning March 2018.

Dated: _____April 9, 2018_____ ALDRIDGE PITE, LLP

/s/_____
MICHELE A. DE WITT, WSBA #51154
Attorneys for Movant DITECH FINANCIAL LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF WASHINGTON

CASE NO. 18-00248-FLK13

CERTIFICATE OF SERVICE BY MAIL

I, Amy Leonard, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

I served the attached WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN by placing a true copy thereof in an envelope addressed to:

SEE ATTACHED SERVICE LIST

which envelope was then sealed and postage fully prepaid thereon, and thereafter, on April 9, 2018, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2018                     /s/ Amy Leonard
                                         AMY LEONARD

**SERVICE LIST**

**DEBTOR(S)**
Coriander Perez
Carlos D. Perez
P.O. Box 1732
Zillah, WA 98953

**DEBTOR(S) ATTORNEY**
Robert J Reynolds PS
514 N 1st Street, Suite A
Yakima, WA 98901

**CHAPTER 13 TRUSTEE**
Daniel H Brunner
Chapter 13 Office
PO Box 1513
Spokane, WA 99210-1513