DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br>Perez, Coriander and<br>Perez, Carlos D<br>Debtor(s) | Case No. 18-00248-FLK13<br><br>TRUSTEE'S MOTION TO DISMISS<br>FOR NON-PAYMENT |

    DANIEL H. BRUNNER, Trustee in the above-entitled case moves the Court for an Order dismissing this case pursuant to 11 USC §1307 (c) (4) or (6), or 1326 (a), as applicable.

    This Motion is based on the debtor(s) failure to make payments pursuant to the plan as set forth in the plan payment analysis attached to the Notice of Trustee's Motion to Dismiss for Non-Payment and Notice of Hearing filed 9/19/2018

    WHEREFORE, the Trustee requests that this Motion be granted, and an Order of Dismissal be issued and entered.

9/19/2018

Daniel H. Brunner
Chapter 13 Trustee

By: Daniel H. Brunner /s/DHB