## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re

CORIANDER PEREZ AND CARLOS D. PEREZ,

                                    Debtors.

NO.  18-00248

STATE OF WASHINGTON'S MOTION TO DISMISS

COMES NOW the State of Washington, by and through the undersigned attorney, and moves the Court for an order pursuant to 11 U.S.C. § 1307(c) dismissing this case based on the debtor's failure to pay post-petition taxes as set forth in the supporting declarations of Mona Rodriquez and Samuel Seal filed herein.

The failure to report and pay post-petition taxes is a violation of federal law, 28 U.S.C. § 959(b), and the State requests an order dismissing this case.

DATED this 24th day of April, 2019.

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison

SUSAN EDISON, WSBA No. 18293
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150