B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Washington

In re  Coriander Perez
       Carlos D. Perez                    ,        Case No.  18-00248-WLH13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

US Bank Trust National Association as Trustee of
Cabana Series III Trust                          Chalet Properties III, LLC
      Name of Transferee                              Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):  11-1
should be sent:                                  Amount of Claim:  $63,040.81
  BSI Financial Services                         Date Claim Filed:  03/30/2018
  1425 Greenway Drive, #400
  Irving, TX 75038
Phone: _____                    Phone:  972.347.4350
Last Four Digits of Acct #:  8865                Last Four Digits of Acct. #:  8865

Name and Address where transferee payments
should be sent (if different from above):
  BSI Financial Services, Attn: Payment Processing Department
  314 S. Franklin Street, 2nd Floor
  Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #:  8865

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                       Date:  07/08/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.